# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER SZANTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-cv-00394-RCJ-VPC |
| ) | |
| ) | **ORDER** |
| MARINA MARKETPLACE 1, LLC et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff sued Defendants *in pro se* in this Court. The Clerk has entered default against both Defendants, and Plaintiff has asked for a default judgment. The Court denies the motion, because the Complaint as filed is not sufficient to support a claim. Page three of the Verified Complaint is missing, and it appears that crucial allegations concerning the alleged wrongdoing, i.e., fraudulent transfer, are contained on that page in missing paragraphs numbers fourteen through eighteen. Plaintiff must file an amended complaint that includes the relevant allegations and must attempt to serve that amended complaint upon Defendants before the Court will issue any default judgment.

///
///
///
///
///
///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Default Judgment (ECF No. 14) is DENIED, and the Entry of Default (ECF No. 11) is SET ASIDE.

IT IS FURTHER ORDERED that Plaintiff shall have twenty-one (21) days from the entry of this Order into the electronic docket to amend the Complaint.

IT IS SO ORDERED.

Dated this 17th day of September, 2013.

_____
ROBERT C. JONES
United States District Judge